

**Society of the Donauschwaben at Lenau Park, LLC**

7370 Columbia Road, Olmsted Twp., OH 44138
Mail to: P.O. Box 38160, Olmsted Falls., OH 44138
440-235-2646, Fax 440-235-2671, donaucleveland@gmail.com
www.donauschwabencleveland.com

June 9, 2023

To the Honorable Judge Royce Lambert,

    My name is Mark Zitney. I am the restaurant manager here at Prost! at Lenau Park. Kim Wargo and I have worked together for 7 months. In the short time Kim has been with our company, she has exceeded all standards and expectations.

    Kim is a highly valued member of our team and has our full trust and support. She has progressed quickly into becoming our lead server/bartender along with being entrusted to be a key holder which gives her access to our entire facility including liquor storage and money reserves.

    Kim has quickly become family here among our staff. She is kind, generous and a hard worker. We have a very small staff, and without Kim, we would not be able to function on a daily basis. I strongly believe that there was no malicious intent of being at the capital on Jan. 6th. It is one of those cases at the wrong place, and at the wrong time.

Sincerely,

Mark Zitney